Nevada State Bar No. 6596
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: christensend@jacksonlewis.com

*Attorneys for Defendant*
STRATOSPHERE GAMING, LLC
*dba* STRATOSPHERE CASINO,
HOTEL & TOWER, GOLDEN CASINOS
NEVADA, LLC, *and* GOLDEN
ENTERTAINMENT (NV), INC.,

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL DALEY, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>STRATOSPHERE GAMING, LLC dba STRATOSPHERE TOWER CASINO & HOTEL – TOP OF THE WORLD, a limited liability company; GOLDEN CASINOS NEVADA, LLC, a Nevada-registered foreign limited liability company; GOLDEN ENTERTAINMENT (NV), INC., a Nevada-registered foreign corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00606-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT GOLDEN CASINOS NEVADA, LLC and DEFENDANT GOLDEN ENTERTAINMENT (NV), INC. WITHOUT PREJUDICE AND TO DISMISS PLAINTIFF'S FIFTH CAUSE OF ACTION (CIVIL CONSPIRACY) AND SIXTH CAUSE OF ACTION (CONCERT OF ACTION) WITHOUT PREJUDICE** |

Defendants GOLDEN CASINOS NEVADA, LLC and GOLDEN ENTERTAINMENT (NV), INC., by and through their counsel of record, and Plaintiff DANIEL DALEY, by and through his counsel of record, hereby stipulate and agree to dismiss Defendants GOLDEN CASINOS NEVADA, LLC and GOLDEN ENTERTAINMENT (NV), INC. without prejudice.

Jackson Lewis P.C.
Las Vegas

Plaintiff DANIEL DALEY hereby dismisses, as to all defendants, Plaintiff's Fifth Cause of Action (Civil Conspiracy) and Sixth Cause of Action (Concert of Action) without prejudice.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 30th day of May, 2018.

| COUNSEL FOR PLAINTIFF | JACKSON LEWIS P.C. |
|---|---|
| */s/ Phillip J. Trenchak*<br>Harold P. Gewerter, Esq.<br>1212 S. Casino Ctr. Blvd.<br>Las Vegas, NV 89104<br><br>Phillip J. Trenchak, Esq.<br>Law Offices of Mullins & Trenchak<br>1212 S. Casino Center Blvd.<br>Las Vegas, Nevada 89104<br>*Attorneys for Plaintiff* | */s/ Daniel I. Aquino*<br>Deverie J. Christensen, Bar #6596<br>Daniel I. Aquino, Bar #12682<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendants* |

## **ORDER**

Defendants GOLDEN CASINOS NEVADA, LLC and GOLDEN ENTERTAINMENT (NV), INC. are hereby dismissed without prejudice.

Plaintiff DANIEL DALEY's Fifth Cause of Action (Civil Conspiracy) and Sixth Cause of Action (Concert of Action) are hereby dismissed without prejudice.

IT IS SO ORDERED September 20, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

4846-2053-2071, v. 1