Deverie J. Christensen
Nevada State Bar No. 6596
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: christensend@jacksonlewis.com

*Attorneys for Defendant*
*STRATOSPHERE GAMING, LLC*
*dba STRATOSPHERE CASINO,*
*HOTEL & TOWER*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL DALEY, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>STRATOSPHERE GAMING, LLC dba STRATOSPHERE TOWER CASINO & HOTEL – TOP OF THE WORLD, a limited liability company; a Nevada-registered foreign corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00606-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and respective

counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED this __14__ day of September, 2018.

COUNSEL FOR PLAINTIFF

Harold P. Gewerter, Esq.
1212 S. Casino Ctr. Blvd.
Las Vegas, NV 89104

Phillip J. Trenchak, Esq.
Law Offices of Mullins & Trenchak
1212 S. Casino Center Blvd.
Las Vegas, Nevada 89104
*Attorneys for Plaintiff*

JACKSON LEWIS P.C.

Deverie J. Christensen, Bar #6596
Daniel I. Aquino, Bar #12682
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated September 20, 2018.

UNITED STATES DISTRICT JUDGE

4812-7489-5474, v. 1